IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03 CV 1869 (CBS)

MATTHEW HASKELL

Plaintiff,

v.

MORGAN STANLEY DEAN WITTER, a DELAWARE CORPORATION

Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

---

THE COURT, being fully advised in the premises, hereby Orders as follows:

Plaintiff Matthew Haskell's Motion for Dismissal is GRANTED and all claims against Defendant Morgan Stanley Dean Witter, are hereby DISMISSED.

Dated: 9/12/05

BY THE COURT

_____
US District Court Judge/Magistrate